"Document Electronically Filed"
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

ZAZZALI, P.C.
570 BROAD STREET – SUITE 1402
NEWARK, NEW JERSEY 07102-5410
(973) 623-1822
Attorneys for Petitioners

| | |
|---|---|
| LABORERS' LOCAL UNION NOS. 472 & 172 and LABORERS' LOCAL UNION NOS. 472 & 172 WELFARE AND PENSION FUNDS AND SAFETY, EDUCATION AND TRAINING FUNDS; ZAZZALI, P.C., <br><br> Petitioners, <br><br> v. <br><br> A&R FENCE AND GUIDERAIL, LLC. <br><br> Respondent. | HON. <br> CIVIL ACTION NO.: 25-1593 <br><br><br> **NOTICE OF MOTION** |

PLEASE TAKE NOTICE that the petitioners will move before this court at the United States District Court, Mitchell H. Cohen Bldg. & Courthouse, Fourth & Coopers Street, Room 1050, Camden, New Jersey 08101 on April 7, 2025, at 10:00 o'clock in the forenoon or as soon thereafter as counsel may be heard, for an Order confirming the Arbitration Award dated **January 30, 2025**.

Dated: March 3, 2025                By: s/*Zachary Ramsfelder*
                                    Zachary Ramsfelder
                                    Attorney ID # 433672023
                                    Zazzali, P.C.
                                    570 Broad Street – Suite 1402
                                    Newark, New Jersey 07102
                                    Office: (973) 623-1822
                                    Fax: (973) 623-2209
                                    zramsfelder@zazzali-law.com