**"Document Electronically Filed"**
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

ZAZZALI, P.C.
570 BROAD STREET – SUITE 1402
NEWARK, NEW JERSEY 07102-5410
(973) 623-1822
Attorneys for Petitioners

| | |
|---|---|
| LABORERS' LOCAL UNION NOS. 472 & 172 and LABORERS' LOCAL UNION NOS. 472 & 172 WELFARE AND PENSION FUNDS AND SAFETY, EDUCATION AND TRAINING FUNDS; ZAZZALI, P.C.<br><br>                 Petitioners,<br>v.<br><br>A&R FENCE AND GUILDERAIL, LLC.<br><br>                 Respondent. | HON. EDWARD S. KIEL, U.S.D.J.<br>CIVIL ACTION NO.: 25-1593<br><br><br><br>**DISCLOSURE STATEMENT** |

The undersigned counsel for Laborers' Local Union Nos. 472 & 172 and Laborers' Local Union Nos. 472 & 172 Welfare and Pension Funds and Safety, Education and Training Funds, certifies that this party is an unincorporated association, and not a corporate entity, and that this party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

Dated: March 7, 2025    By: *s/Zachary Ramsfelder*
                                                  Zachary Ramsfelder
                                                  Attorney ID # 433672023
                                                  Zazzali, P.C.
                                                  570 Broad Street – Suite 1402
                                                  Newark, New Jersey 07102
                                                  Office: (973) 623-1822
                                                  Fax: (973) 623-2209